Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS NESBITT,<br><br>  Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA, *ex rel.* its Department of Health & Human Services, Division of Child & Family Services,<br><br>  Defendants. | Case No. 3:24-cv-00359-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff MARCUS NESBITT, by and through his counsel, the Law Office of Mark Mausert and Defendants THE STATE OF NEVADA, *ex rel.* its Department of Health & Human Services, Division of Child & Family Services, by and through their counsel, hereby submit this Stipulation allowing Plaintiff to file a Second Amended Complaint.

Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case.

Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

//

//

//

//

//

1

     The Defendants shall have 21 days from the date of the filing of the Second Amended Complaint to file a responsive pleading.

     DATED this 18th day of November, 2024.

| **LAW OFFICE OF MARK MAUSERT** | **OFFICE OF THE ATTORNEY GENERAL** |
|---|---|
| */s/ Mark Mausert*<br>MARK MAUSERT<br>SEAN MCDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512<br><br>*Attorneys for Plaintiff* | */s/ Matthew Estrada*<br>MATTHEW ESTRADA, ESQ.<br>BRUCE C. YOUNG, ESQ.<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Defendants* |

## **ORDER**

     The second amended complaint shall be filed within 7 days of the entry of this stipulation. IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2024