# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS NESBITT, | Case No.: 3:24-cv-00359-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO**<br>**DISMISS WITH PREJUDICE** |
| STATE OF NEVADA, *ex rel.* its Dept. of Health & Human Services, Division of Child and Family Services, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, MARCUS NESBITT, and Defendants, STATE OF NEVADA, *ex rel.* its Dept. of Health & Human Services, Division of Child and Family Services, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1),

//

//

//

//

//

//

//

Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 3rd day of March, 2026.

MARK MAUSERT LAW OFFICE

/s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 3rd day of March, 2026.

OFFICE OF THE ATTORNEY GENERAL

BRUCE C. YOUNG
MATTHEW E. ESTRADA
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119

*Attorneys for Defendants*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

Dated: March 3, 2026

2.